**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. SEAY,<br><br>       Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>       Defendants. | Case No.  1:24-cv-01324 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 18) |

Ronald L. Seay, a state prisoner, is proceeding pro se and *in forma pauperis* on his First Amended Complaint in this civil rights action under 42 U.S.C. § 1983. (Doc. 12).

On February 25, 2026, the Magistrate Judge issued Findings and Recommendations to dismiss this action for Plaintiff's failure to state a claim. (Doc. 18.) Despite being given multiple opportunities to cure the deficiencies identified by the Magistrate Judge, Plaintiff was unable to state a claim concerning the conditions of his confinement and the destruction of his personal property. The Court served the findings and recommendations on Plaintiff, notified him that any objections were due in 14 days, and warned him that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id.* at 9, citing *Wilkerson v. Wheeler,* 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff failed to file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on February 25, 2026 (Doc. 18) are **ADOPTED** in full;

2.    The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment against Plaintiff, and close this case.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

UNITED STATES DISTRICT JUDGE

2